JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Brad Jones ;
County of Residence: Orange County

Additional Plaintiff(s):
John Halas ;

**Defendant(s):**
First Listed Defendant:
Orlando Magic, LTD ;
County of Residence: Orange County

**County Where Claim For Relief Arose:** Orange County

**Plaintiff's Attorney(s):**
Esquire Jill S. Schwartz (Brad Jones)
Jill S. Schwartz & Associates
655 W. Morse Blvd., Suite 212
Winter Park, Florida 32789
Phone: 407-647-8911
Fax: 407-628-4994
Email: jschwartz@schwartzlawfirm.net

Esquire David H. Spalter
Jill S. Schwartz & Associates
655 W. Morse Blvd., Suite 212
Winter Park, Florida 32789
Phone: 407-647-8911
Fax: 407-628-4994
Email: dspalter@schwartzlawfirm.net

Esquire Christopher A. Pace
Jill S. Schwartz & Associates
655 W. Morse Blvd., Suite 212
Winter Park, Florida 32789
Phone: 407-647-8911
Fax: 407-628-4994
Email: cpace@schwartzlawfirm.net

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** 29 U.S.C. Section 201 et. seq.
**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (In Thousands):
  Jury Demand: No
  Related Cases: Is NOT a refiling of a previously dismissed action

**Signature:** David H. Spalter

**Date:** 06/29/17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.